**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| RUFUS WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | Civ. No. 20-1114 (RBK) |
| | : | |
| v. | : | |
| | : | |
| WILLINGBORO TOWNSHIP, NEW JERSEY, et al. | : | **MEMORANDUM & ORDER** |
| | : | |
| Defendants. | : | |
| | : | |

Plaintiff, Rufus Williams ("Plaintiff" or "Williams), is proceeding *pro se* with a third amended civil complaint. (*See* ECF 19). Plaintiff's third amended civil complaint is subject to this Court's screening powers pursuant to 28 U.S.C. § 1915A. However, it appears that the version of Plaintiff's proposed third amended complaint scanned on the docket is missing page six, which may give this Court more detail into the statement of Plaintiff's claims. Accordingly, prior to *sua sponte* screening the third amended complaint, this Court will give Plaintiff an opportunity to submit page six missing from his proposed third amended complaint. Should Plaintiff not respond to this Court's order within the time allotted, Plaintiff's third amended complaint will be screened in due course "as-is."

Accordingly, IT IS on this 25th day of August, 2023,

ORDERED that the Clerk shall reopen this case; and it is further

ORDERED that Plaintiff shall have thirty (30) days from the date of this order in which to submit page six of his proposed third amended complaint should he elect to do so; should Plaintiff not respond to this Court's order within the time allotted, this Court will screen Plaintiff's third amended complaint "as-is"; and it is further

2

ORDERED that the Clerk shall assign a new Magistrate Judge to this case given that Judge Williams is now a District Judge; and it is

ORDERED that the Clerk shall serve on Plaintiff by regular U.S. mail: (1) a copy of this memorandum and order; and (2) a copy of Plaintiff's third amended complaint (ECF 19) as received by the Clerk's office and scanned onto the docket.

                s/ Robert B. Kugler
                ROBERT B. KUGLER
                United States District Judge